```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 12284
   JOAQUIN M DIAZ
   MARIA E DIAZ                                 CHAPTER 13

                                                JUDGE: BRUCE W BLACK
                 Debtor
   SSN XXX-XX-8878     SSN XXX-XX-9250

-----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/28/06 and confirmed on 12/07/06.

     2.  The case was converted to Chapter 7 after confirmation, 03/06/2009.

     3.  The Debtor paid a total of $   6675.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 2000.00 | 201.70 | 1534.28 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN MEDICAL COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| ASSOC ANESTHESIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| BLATT HASENMILLER LEIBSK | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 818.95 | .00 | 141.25 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 52.96 | .00 | .00 |
| CREDITOR PROTECTION ASSO | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR PROTECTION ASSO | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CREDITORS COLLECTION BUR | UNSECURED | 1104.71 | .00 | 190.55 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| ENT SURGICAL CONSULTANTS | UNSECURED | NOT FILED | .00 | .00 |
| FISCHER MANGOLD JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| FISCHER MANGOLD | UNSECURED | NOT FILED | .00 | .00 |

```
GULF STATE CREDIT            UNSECURED     NOT FILED           .00         .00
HEALTH SERVICE SYSTEMS I     UNSECURED     NOT FILED           .00         .00
HINSDALE ORTHOPAEDIC ASS     UNSECURED     NOT FILED           .00         .00
IMBS                         UNSECURED     NOT FILED           .00         .00
INTEGRATED HEALTH CENTER     UNSECURED     NOT FILED           .00         .00
INTERNAL REVENUE SERVICE     UNSECURED       3579.21           .00      617.37
JJ MARSHALL & ASSOC          UNSECURED     NOT FILED           .00         .00
JOLIET RADIOLOGY             UNSECURED     NOT FILED           .00         .00
KCA FINANCIAL                UNSECURED     NOT FILED           .00         .00
MERCHANTS CREDIT GUIDE       UNSECURED     NOT FILED           .00         .00
NCO FINANCIAL                UNSECURED     NOT FILED           .00         .00
NICOR GAS                    UNSECURED       1412.18           .00      243.59
OSI COLLECTION SERVICES      UNSECURED     NOT FILED           .00         .00
PARKVIEW ORTHOPAEDIC GRO     UNSECURED     NOT FILED           .00         .00
PESI EMERGENCY PHYSICIAN     UNSECURED     NOT FILED           .00         .00
PORTFOLIO RECOVERY ASSOC     UNSECURED       4644.78           .00      801.17
PRAIRIE EMERGENCY SERVIC     UNSECURED     NOT FILED           .00         .00
PRIMCO                       UNSECURED     NOT FILED           .00         .00
PROFESSIONAL ACCOUNT MGM     UNSECURED     NOT FILED           .00         .00
PROVENA ST JOSEPH MEDICA     UNSECURED     NOT FILED           .00         .00
RONALD J GERTS               UNSECURED     NOT FILED           .00         .00
SPRINT NEXTEL                UNSECURED        863.08           .00      148.87
CARD CENTER                  UNSECURED     NOT FILED           .00         .00
SILVER CROSS HOSPITAL        UNSECURED        512.70           .00       88.43
VILLAGE OF BOLINGBROOK       UNSECURED     NOT FILED           .00         .00
SILVER CROSS HOSPITAL        UNSECURED        674.22           .00      116.30
ILLINOIS DEPT OF HUMAN S     FILED LATE          .00           .00         .00
CAPITAL ONE AUTO FINANCE     UNSECURED        198.93           .00       30.35
         Summary of disbursements:
---------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   2000.00           .00     13861.72         .00      15861.72
PRINCIPAL PAID       1534.28           .00      2377.88         .00       3912.16
INTEREST PAID         201.70           .00           .00        .00        201.70
TOTAL PAID           1735.98           .00      2377.88         .00       4113.86
The Debtor's attorney, SCHOTTLER & ASSOC          , was allowed $   2500.00
and was paid $    251.28   direct and $   2248.72   through the plan.

The Trustee received $    312.42 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 03/17/09                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                        PAGE   3
     CASE NO. 06 B 12284 JOAQUIN M DIAZ & MARIA E DIAZ
```